**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. SACV 11-1889-DOC (RNB) | Date: August 16, 2017 |

Title: GAS ENGINERRING, LLC V. HANGZOU HANGYANG CRYOGENIC LIQUEFY EQUIPMENT CO., LTD

PRESENT:

**THE HONORABLE DAVID O. CARTER, JUDGE**

| Deborah Goltz | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**    **ORDER RE: FAILURE TO FILE DISMISSAL DOCUMENTS**

On January 15, 2015, Defendant filed a status report with the Court stating that the parties believed they were near a final settlement of this case. Status Report (Dkt. 27) at 2. Defendant also informed the Court that settlement documents would be executed within thirty days of the status report. *Id.* To date, no dismissal documents have been filed, and no filing of any kind has occurred since Defendant's status report.

Accordingly, the parties are ORDERED to file dismissal documents, or in the alternative, a status report explaining why this case has not yet resolved, **on or before August 28, 2017**.

The Clerk shall serve this minute order on the parties.